**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949-312-1377
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtor

**FILED & ENTERED**

**MAY 22 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
BY bolte    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>DEAN ROBERT TAPIE,<br><br>Debtor. | Case No.: 8:25-bk-11235-SC<br><br>Chapter 7<br><br>**ORDER GRANTING DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS** |

The Court, having reviewed and considered the Debtor's Motion to Extend Time to File Case Opening Documents ("Motion", Docket No. 8) and good cause appearing,

IT IS HEREBY ORDERED that the Motion is granted. The deadline to file case opening documents is extended to June 4, 2025.

###

Date: May 22, 2025

Scott C. Clarkson
United States Bankruptcy Judge

1