| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Nexus Bankruptcy**<br>**Benjamin Heston**<br>**3090 Bristol Street #400**<br>**Costa Mesa, CA 92626**<br>**Phone: (949) 312-1377**<br>**Email: ben@nexusbk.com**<br>**Bar Number: 297798**<br>**Attorney for Debtor**<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for Debtor(s)* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br><br>**Dean Robert Tapie** | CASE NO.:<br>CHAPTER: **7** |
|---|---|
| | **DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF**<br>**THE PETITION DATE**<br><br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| Debtor(s). | [No hearing required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:  05/05/2025    Dean Robert Tapie
                     Printed name of Debtor 1                                    Signature of Debtor 1

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

<u>Declaration of Debtor 2 (Joint Debtor) (if applicable)</u>

2.  ☐  I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (*Check only ONE box below*):

   ☐  **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☐  **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____    _____    _____
                                          Printed name of Debtor 2                          Signature of Debtor 2

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                          Page 2                          **F 1002-1.EMP.INCOME.DEC**

Stewart Title of California, Inc.   7676 Hazard Center Drive Suite 1400 San Diego, CA 92108   +1 (800) 7291904
Dean Taple   638 North Buttonbush Trail Orange, CA 92869

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Dean Tapie | Stewart Title of California, Inc. | 115072 | 04/27/2025 | 05/10/2025 | 05/16/2025 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 1,884.62 | 122.27 | 294.61 | 0.00 | 1,467.74 |
| YTD | 0.00 | 16,346.20 | 1,072.22 | 2,131.09 | 0.00 | 13,142.89 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Auto Allowance | 04/27/2025 - 05/10/2025 | 0 | 0 | 500.00 | 0 | 2,500.00 |
| Group Term Life | 04/27/2025 - 05/10/2025 | 0 | 0 | 1.22 | 0 | 12.99 |
| Holiday | | | 0 | | 32 | 553.92 |
| Long Term Disabilit | 04/27/2025 - 05/10/2025 | 0 | 0 | 3.34 | 0 | 36.74 |
| Regular Salary | 04/27/2025 - 05/10/2025 | 80 | 0 | 1,384.62 | 768 | 13,292.28 |
| Earnings | | | | 1,889.18 | | 16,395.93 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 112.12 | 965.52 |
| Medicare | 26.22 | 225.81 |
| Federal Withholding | 117.42 | 661.76 |
| State Tax - CA | 17.16 | 91.28 |
| CA SDI - CASDI | 21.69 | 186.72 |
| Employee Taxes | 294.61 | 2,131.09 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental | 32.41 | 330.12 |
| Medical | 43.85 | 447.27 |
| Vision | 4.47 | 45.59 |
| 401k Contribution | 41.54 | 249.24 |
| Pre-Tax Deductions | 122.27 | 1,072.22 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Employer Medical | 340.74 | 3,734.52 |
| 401k Employer Match Payout | | 41.54 |
| Basic AD&D - Employer Paid | 0.32 | 3.52 |
| EAP - Employer Paid | 0.37 | 4.07 |
| Short Term Disability Employer Paid | 4.13 | 41.98 |
| Employer Paid Benefits | 345.56 | 3,825.63 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,808.45 | 15,572.95 |
| Medicare - Taxable Wages | 1,808.45 | 15,572.95 |
| Federal Withholding - Taxable Wages | 1,766.91 | 15,323.71 |
| State Tax Taxable Wages - CA | 1,766.91 | 15,323.71 |

### Federal / State

| Marital Status | Federal | State |
|---|---|---|
| | Married filing jointly (or Qualifying widow(er)) | Single or Married (with two or more incomes) |
| Allowances | 0 | 4 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| USA Floating Holiday Time Off Plan | 0 | 0 | 16 |
| USA Paid Time Off Plan (PTO) | 4.64 | 0 | 47.07 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******8151 | ******8151 | | 1,467.74 USD |

Stewart Title of California, Inc.    7676 Hazard Center Drive Suite 1400 San Diego, CA 92108    +1 (800) 7291904
Dean Tapie    638 North Buttonbush Trail Orange, CA 92869

| Name | Company | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|
| Dean Tapie | Stewart Title of California, Inc. | | 115072 | 04/13/2025 | 04/26/2025 | 05/02/2025 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 1,384.62 | 122.27 | 127.09 | 0.00 | 1,135.26 |
| YTD | 0.00 | 14,461.58 | 949.95 | 1,836.48 | 0.00 | 11,675.15 |

| Earnings | | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Auto Allowance | | | 0 | | 0 | 2,000.00 | OASDI | 81.12 | 853.40 |
| Group Term Life | 04/13/2025 - 04/26/2025 | 0 | 0 | 1.22 | 0 | 11.77 | Medicare | 18.98 | 199.59 |
| Holiday | | | 0 | | 32 | 553.92 | Federal Withholding | 11.31 | 544.34 |
| Long Term Disabilit | 04/13/2025 - 04/26/2025 | 0 | 0 | 3.34 | 0 | 33.40 | State Tax - CA | 0.00 | 74.12 |
| Regular Salary | 04/13/2025 - 04/26/2025 | 80 | 0 | 1,384.62 | 688 | 11,907.66 | CA SDI - CASDI | 15.68 | 165.03 |
| Earnings | | | | 1,389.18 | | 14,506.75 | Employee Taxes | 127.09 | 1,836.48 |

| Pre-Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Dental | 32.41 | 297.71 |
| Medical | 43.85 | 403.42 |
| Vision | 4.47 | 41.12 |
| 401k Contribution | 41.54 | 207.70 |
| Pre-Tax Deductions | 122.27 | 949.95 |

| Employer Paid Benefits | | | | Taxable Wages | | |
|---|---|---|---|---|---|---|
| Description | Amount | YTD | | Description | Amount | YTD |
| Employer Medical | 340.74 | 3,393.78 | | OASDI - Taxable Wages | 1,308.45 | 13,764.50 |
| 401k Employer Match Payout | | 41.54 | | Medicare - Taxable Wages | 1,308.45 | 13,764.50 |
| Basic AD&D - Employer Paid | 0.32 | 3.20 | | Federal Withholding - Taxable Wages | 1,266.91 | 13,556.80 |
| EAP - Employer Paid | 0.37 | 3.70 | | State Tax Taxable Wages - CA | 1,266.91 | 13,556.80 |
| Short Term Disability Employer Paid | 4.13 | 37.85 | | | | |
| Employer Paid Benefits | 345.56 | 3,480.07 | | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Single or Married (with two or more incomes) | Description | Accrued | Reduced | Available |
| | | | USA Floating Holiday Time Off Plan | 0 | 0 | 16 |
| Allowances | 0 | 4 | USA Paid Time Off Plan (PTO) | 4.64 | 0 | 42.43 |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Wells Fargo | Wells Fargo *****8151 | *****8151 | | 1,135.26    USD |

Stewart Title of California, Inc.    7678 Hazard Center Drive Suite 1400 San Diego, CA 92108    +1 (800) 7291904

Dean Tapie    638 North Buttonbush Trail Orange, CA 92869

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|---------|-------------|------------------|----------------|------------|--------------|
| Dean Tapie | Stewart Title of California, Inc. | 115072 | 03/30/2025 | 04/12/2025 | 04/18/2025 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 1,884.62 | 122.27 | 294.62 | 0.00 | 1,467.73 |
| YTD | 0.00 | 13,076.96 | 827.68 | 1,709.39 | 0.00 | 10,539.89 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|-------------|-------|-------|------|--------|-----------|------------|
| Auto Allowance | 03/30/2025 - 04/12/2025 | 0 | 0 | 500.00 | 0 | 2,000.00 |
| Group Term Life | 03/30/2025 - 04/12/2025 | 0 | 0 | 1.22 | 0 | 10.55 |
| Holiday | | 0 | | | 32 | 553.92 |
| Long Term Disabilit | 03/30/2025 - 04/12/2025 | 0 | 0 | 3.34 | 0 | 30.06 |
| Regular Salary | 03/30/2025 - 04/12/2025 | 80 | 0 | 1,384.62 | 608 | 10,523.04 |
| Earnings | | | | 1,889.18 | | 13,117.57 |

### Employee Taxes

| Description | Amount | YTD |
|-------------|--------|-----|
| OASDI | 112.13 | 772.28 |
| Medicare | 26.22 | 180.61 |
| Federal Withholding | 117.42 | 533.03 |
| State Tax - CA | 17.16 | 74.12 |
| CA SDI - CASDI | 21.69 | 149.35 |
| Employee Taxes | 294.62 | 1,709.39 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|-------------|--------|-----|
| Dental | 32.41 | 265.30 |
| Medical | 43.85 | 359.57 |
| Vision | 4.47 | 36.65 |
| 401k Contribution | 41.54 | 166.16 |
| Pre-Tax Deductions | 122.27 | 827.68 |

### Employer Paid Benefits

| Description | Amount | YTD |
|-------------|--------|-----|
| Employer Medical | 340.74 | 3,053.04 |
| 401k Employer Match Payout | | 41.54 |
| Basic AD&D - Employer Paid | 0.32 | 2.88 |
| EAP - Employer Paid | 0.37 | 3.33 |
| Short Term Disability Employer Paid | 4.13 | 33.72 |
| Employer Paid Benefits | 345.56 | 3,134.51 |

### Taxable Wages

| Description | Amount | YTD |
|-------------|--------|-----|
| OASDI - Taxable Wages | 1,808.45 | 12,456.05 |
| Medicare - Taxable Wages | 1,808.45 | 12,456.05 |
| Federal Withholding - Taxable Wages | 1,766.91 | 12,289.89 |
| State Tax Taxable Wages - CA | 1,766.91 | 12,289.89 |

### Federal / State

| Marital Status | Married filing jointly (or Qualifying widow(er)) | Single or Married (with two or more incomes) |
|----------------|--------------------------------------------------|---------------------------------------------|
| Allowances | 0 | 4 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|-------------|---------|---------|-----------|
| USA Floating Holiday Time Off Plan | 0 | 0 | 16 |
| USA Paid Time Off Plan (PTO) | 4.64 | 0 | 37.79 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|------|--------------|----------------|------------|--------|
| Wells Fargo | Wells Fargo *****8151 | *****8151 | | 1,467.73    USD |

Stewart Title of California, Inc.    7676 Hazard Center Drive Suite 1400 San Diego, CA 92108    +1 (800) 7291904

Dean Tapie    638 North Buttonbush Trail Orange, CA 92869

| Name | Company | Employer ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Dean Tapie | Stewart Title of California, Inc. | 115072 | 03/16/2025 | 03/29/2025 | 04/04/2025 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 1,384.62 | 122.27 | 127.09 | 0.00 | 1,135.26 |
| YTD | 0.00 | 11,192.34 | 705.41 | 1,414.77 | 0.00 | 9,072.16 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Auto Allowance | | | 0 | | 0 | 1,500.00 |
| Group Term Life | 03/16/2025 - 03/29/2025 | 0 | 0 | 1.22 | 0 | 9.33 |
| Holiday | | | 0 | | 32 | 553.92 |
| Long Term Disabilit | 03/16/2025 - 03/29/2025 | 0 | 0 | 3.34 | 0 | 28.72 |
| Regular Salary | 03/16/2025 - 03/29/2025 | 80 | 0 | 1,384.62 | 528 | 9,138.42 |
| Earnings | | | | 1,389.18 | | 11,228.39 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 81.12 | 660.15 |
| Medicare | 18.97 | 154.39 |
| Federal Withholding | 11.31 | 415.61 |
| State Tax - CA | 0.00 | 56.96 |
| CA SDI - CASDI | 15.69 | 127.66 |
| Employee Taxes | 127.09 | 1,414.77 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental | 32.41 | 232.89 |
| Medical | 43.85 | 315.72 |
| Vision | 4.47 | 32.18 |
| 401k Contribution | 41.54 | 124.62 |
| Pre-Tax Deductions | 122.27 | 705.41 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Employer Medical | 340.74 | 2,712.30 |
| 401k Employer Match Payout | 41.54 | 41.54 |
| Basic AD&D - Employer Paid | 0.32 | 2.56 |
| EAP - Employer Paid | 0.37 | 2.96 |
| Short Term Disability Employer Paid | 4.13 | 29.59 |
| Employer Paid Benefits | 387.10 | 2,788.95 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 1,308.45 | 10,647.60 |
| Medicare - Taxable Wages | 1,308.45 | 10,647.60 |
| Federal Withholding - Taxable Wages | 1,266.91 | 10,522.98 |
| State Tax Taxable Wages - CA | 1,266.91 | 10,522.98 |

### Federal / State

| Marital Status | Married filing jointly (or Qualifying widow(er)) | Single or Married (with two or more incomes) |
|---|---|---|
| Allowances | 0 | 4 |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| USA Floating Holiday Time Off Plan | 0 | 0 | 16 |
| USA Paid Time Off Plan (PTO) | 4.64 | 0 | 33.15 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| Wells Fargo | Wells Fargo ******8151 | *****8151 | | 1,135.26 USD |

Stewart Title of California, Inc.    7676 Hazard Center Drive Suite 1400 San Diego, CA 92108    +1 (800) 7291904

Dean Tapie    638 North Buttonbush Trail Orange, CA 92869

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Dean Tapie | Stewart Title of California, Inc. | 115072 | 03/02/2025 | 03/15/2025 | 03/21/2025 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 0.00 | 1,884.62 | 122.27 | 294.61 | 0.00 | 1,467.74 |
| YTD | 0.00 | 9,807.72 | 583.14 | 1,287.68 | 0.00 | 7,936.90 |

| Earnings | | | | | | |
|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
| Auto Allowance | 03/02/2025 - 03/15/2025 | 0 | 0 | 500.00 | 0 | 1,500.00 |
| Group Term Life | 03/02/2025 - 03/15/2025 | 0 | 0 | 1.22 | 0 | 8.11 |
| Holiday | | 0 | | | 32 | 553.92 |
| Long Term Disabilit | 03/02/2025 - 03/15/2025 | 0 | 0 | 3.34 | 0 | 23.38 |
| Regular Salary | 03/02/2025 - 03/15/2025 | 80 | 0 | 1,384.62 | 448 | 7,753.80 |
| Earnings | | | | 1,889.18 | | 9,839.21 |

| Employee Taxes | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI | 112.13 | 579.03 |
| Medicare | 26.22 | 135.42 |
| Federal Withholding | 117.42 | 404.30 |
| State Tax - CA | 17.16 | 56.96 |
| CA SDI - CASDI | 21.68 | 111.97 |
| Employee Taxes | 294.61 | 1,287.68 |

| Pre-Tax Deductions | | |
|---|---|---|
| Description | Amount | YTD |
| Dental | 32.41 | 200.48 |
| Medical | 43.85 | 271.87 |
| Vision | 4.47 | 27.71 |
| 401k Contribution | 41.54 | 83.08 |
| Pre-Tax Deductions | 122.27 | 583.14 |

| Employer Paid Benefits | | |
|---|---|---|
| Description | Amount | YTD |
| Employer Medical | 340.74 | 2,371.56 |
| Basic AD&D - Employer Paid | 0.32 | 2.24 |
| EAP - Employer Paid | 0.37 | 2.59 |
| Short Term Disability Employer Paid | 4.13 | 25.46 |
| Employer Paid Benefits | 345.56 | 2,401.85 |

| Taxable Wages | | |
|---|---|---|
| Description | Amount | YTD |
| OASDI - Taxable Wages | 1,808.45 | 9,339.15 |
| Medicare - Taxable Wages | 1,808.45 | 9,339.15 |
| Federal Withholding - Taxable Wages | 1,766.91 | 9,256.07 |
| State Tax Taxable Wages - CA | 1,766.91 | 9,256.07 |

| | Federal | State |
|---|---|---|
| Marital Status | Married filing jointly (or Qualifying widow(er)) | Single or Married (with two or more incomes) |
| Allowances | 0 | 4 |
| Additional Withholding | 0 | 0 |

| Absence Plans | | | |
|---|---|---|---|
| Description | Accrued | Reduced | Available |
| USA Floating Holiday Time Off Plan | 0 | 0 | 16 |
| USA Paid Time Off Plan (PTO) | 4.64 | 0 | 28.51 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Wells Fargo | Wells Fargo ******8151 | ******8151 | | 1,467.74    USD |